COPY

AO 442 (Rev. 11/11) Arrest Warrant       FID 4539055

RECEIVED
By US Marshals Service E/KY at 9:23 am, Oct 21, 2021

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

FILED ✓   LODGED
RECEIVED   COPY

MAY - 3 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
                        DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Antonio Medrano-Tomas<br>Federal Custody in Arizona<br>DOB: 10/17/1979<br><br>Defendant | Case No. 2:17-CR-21-DCR-01<br>2:19-CR-46-DCR-01<br><br>22-1677-M |

## ARREST WARRANT

To:     Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Antonio Medrano-Tomas

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☒ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release

Date:   10/21/2021

                                                    *Issuing officer's signature*

City and state:   Covington, Kentucky              Robert R. Carr by Stacie Gabbard, Deputy Clerk
                                                    *Printed name and title*

---

### Return

This warrant was received on *(date)* 5/2/22, and the person was arrested on *(date)* 5/2/22
at *(city and state)*

Date:  5/2/22     TUCSON
                                                    *Arresting officer's signature*
                  USMS Custody
                                                    *Printed name and title*

mcdonald

PROB 12C
(5/2015)

Eastern District of Kentucky
FILED
OCT 21 2021
at LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
for
## EASTERN DISTRICT OF KENTUCKY

### Petition for Warrant or Summons for Person Under Supervision

Name of Person Under Supervision: Antonio Medrano-Tomas      Case Numbers:  2:17-CR-021-DCR-01
                                                                            2:19-CR-046-DCR-01

Name of Sentencing Judicial Officer:  Honorable Danny C. Reeves, Chief U.S. District Judge

Date of Original Sentence:  12/01/2017 (2:17-CR-021-DCR-01)
                            11/19/2019 (2:19-CR-046-DCR-01)

Original Offense:  2:17-CR-021-DCR-01: Re-entry of Removed Alien
                   2:19-CR-046-DCR-01: Illegal Re-entry of Removed Alien

Original Sentence:  2:17-CR-021-DCR-01: 18 months imprisonment; 3 years supervised release
                    11/19/2019 TSR revoked: 8 months imprisonment; 28 months TSR
                    2:19-CR-046-DCR-01: 16 months imprisonment; 3 years supervised release

Type of Supervision:  Supervised Release       Date Supervision Commenced:  2/24/2021

Asst. U.S. Attorney:  Elaine Leonhard          Defense Attorney:  David Sloan

## PETITIONING THE COURT

☒ To issue a warrant

☐ To issue a summons

The probation officer believes that the person under supervision has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1   The defendant unlawfully re-entered the United States and was apprehended in the District of Arizona, at Tucson.
2   The defendant is charged with violation of 8 U.S.C. § 1326(b)(2), Illegal Re-entry.

October 20, 2021
Page 2

RE: Medrano-Tomas, Antonio
Dkt.# 2:17-CR-021-DCB-01 & 2:19-CR-046-DCB-01
PROB 12C

U.S. Probation Officer Recommendation:

☒ The term of supervision should be:

  ☒ Revoked.

  ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/20/2021

*Leanne Vonderhaar*

Leanne M. Vonderhaar
U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action.

☒ The Issuance of a Warrant (Matter Sealed Pending Arrest).

☐ The Issuance of a Summons.

☐ Refer to presiding Magistrate Judge for hearing and preparation of a Report and Recommendation.

☒ Forward a copy of violation report to U.S. Attorney's Office.

☐ Other

Signature of Judicial Officer

October 21, 2021
Date